IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC. a corporation<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>PROVIDE COMMERCE, INC., a corporation, d/b/a PROFLOWERS<br><br>Defendant/Counterclaimaint. | Civil Action No. : 05C-4869<br><br>Judge: Honorable Wayne R. Anderson<br><br>Magistrate Judge: Honorable Jan R. Nolan |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action including all claims and counterclaims therein be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and FRCP 41(c).

DATED: 8/8/06

FLORISTS' TRANSWORLD DELIVERY, INC.

By: _[signature]_
One of its Attorneys

Neil D. Greenstein (Bar No. 90785063)
TECHMARK
1917 Palomar Oaks Way, Suite 300
Carlsbad, CA 92008
408/280-2228

DATED: 8/8/06

PROVIDE COMMERCE, INC.

By: _[signature]_
One of its Attorneys

Nancy L. Stagg (CA BAR No. 157034)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 93210
858/678-4735

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Stipulation of Dismissal was served upon the below listed counsel of record on this 8th day of August, 2006 by:

| | |
|---|---|
| Neil D. Greenstein<br>GREENSTEIN LAW, P.C.<br>1917 Palomar Oaks Way, Suite 300<br>Carlsbad, CA 92008 | Plaintiff<br>FLORISTS' TRANSWORLD<br>DELIVERY, INC.<br><br>Via Federal Express |
| James R. Daly<br>Timothy B. Heverin<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692 | Plaintiff<br>FLORISTS' TRANSWORLD<br>DELIVERY, INC.<br><br>Via U.S. Mail |
| Adrian M. Pruetz<br>Scott B. Kidman<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Plaintiff<br>FLORISTS' TRANSWORLD<br>DELIVERY, INC.<br><br>Via Federal Express |

_Catherine M. Campbell_
Catherine M. Campbell